```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )
          v.                     )
                                 )    No. CR-98-40206-07-DLJ
LARTEZ REYNOLDS                  )
                                 )
                                 )    ORDER
               Defendant.        )
_____)
```

Lartez Reynolds (Defendant) was convicted of conspiracy to possess and possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841 and 846. Defendant appealed his conviction to the United States Court of Appeals for the Ninth Circuit arguing that the District Court erred in denying his motion to dismiss the Indictment on speedy trial grounds where there was a delay of four years and eight months between the filing of the Indictment and his arrest. On May 3, 2007, the Court of Appeals issued an order reversing the District Court's ruling. The Court of Appeals found that the government was at fault for the delay and remanded the case for the District Court to determine whether the government could present evidence sufficient to rebut the presumption of prejudice which the Court of Appeals found to be applicable in this case.

The Court held a status hearing to address the resolution of this issue on July 13, 2007. Government and defense counsel indicated that they were working on a resolution of this matter which could result in the Defendant being released from custody. The Court set a hearing date of August 10, 2007 to permit the government an opportunity to rebut the presumption that Defendant was prejudiced as a result of the post-Indictment delay. Defendant also made a motion for bail pending the resolution of this matter,

1  which the government did not oppose.
2      The Court GRANTS Defendant's motion for bail subject to
3  specific terms and conditions of bail being set by the U.S.
4  Magistrate Judge.
5
6  IT IS SO ORDERED
7  Dated: July 13, 2007                    _____
                                            D. Lowell Jensen
8                                           United States District Judge

2