| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Acting Chief, Criminal Division |
| 4 | GEORGE L. BEVAN JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, Ca. 94612<br>Telephone: 510-637-3689 |
| 7 | Fax: 510-637-3679<br>Email: George.bevan@usdoj.gov |
| 8 | Attorneys for Plaintiffs |

FILED

AUG 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 98-40206 DLJ |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | (Oakland Venue) |
| LARTEZ QUARRELS,<br>aka Lartez Reynolds | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the indictment filed herein as to the above-named defendant without prejudice, thereby

//
//
//
//
//
//
//

NOTICE OF DISMISSAL (CR )

1  vacating the convictions and sentence in the above-case, in contemplation of the
2  defendant pleading guilty to the Superseding Information filed on August 9, 2007
3  pursuant to a plea agreement in final settlement of this case.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 9, 2007

W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

Leave is granted to the government to dismiss the indictment.

Date: AUG 10, 2007

D. LOWELL JENSEN
United States District Judge

2